JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILFER VARGAS ARANA, an individual,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>FCA US LLC; RUSSELL WESTBROOK CHRYSLER DODGE JEEP RAM OF VAN NUYS; and DOES 1 through 50, inclusive<br><br>　　　Defendants. | Case No.: 2:22−cv−00910−MCS−RAO<br><br>[Assigned to the Hon. Judge Mark C. Scarsi]<br><br>**ORDER ON STIPULATION TO REMAND MATTER TO LOS ANGELES COUNTY SUPERIOR COURT (ECF No. 12)** |

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | HAVING CONSIDERED THE PARTIES' JOINT STIPULATION TO |
| 3 | REMAND MATTER TO LOS ANGELES COUNTY SUPERIOR COURT, the Court |
| 4 | finds good cause therefor and hereby ORDERS: |
| 5 | This entire case is remanded to the Superior Court of the State of California for |
| 6 | the County of Los Angeles. |
| 7 | IT IS SO ORDERED. |

Dated: March 2, 2022

_____
Honorable Mark C. Scarsi
UNITED STATES DISTRICT
COURT JUDGE